

**Office of General Counsel**
Richard E. Casagrande
*General Counsel*

**Albany**                                      **New York**

**James D. Bilik**                              **Claude I. Hersh**
*Associate General Counsel*            *Assistant General Counsel*

**Robert T. Reilly**                            **Richard A. Shane**
*Associate General Counsel*            *Associate General Counsel*

*A Union of Professionals*

January 28, 2013

*Via E-Mail and Regular Mail*

Kathy A. Polias
Attorney-at-Law
155 Water Street
Brooklyn, New York 11201

**Re:    Sherry Grant v. United Federation of Teachers, et al.**
**Docket No. 1:12-CV-02149 (CBA)(VMA)**

Dear Ms. Polias:

I am of counsel to Richard E. Casagrande, Esq., the attorney of record for defendant United Federation of Teachers ("UFT") in the above-referenced matter. I have enclosed a copy of a notice of motion to dismiss the Second Amended Complaint, along with a supporting memorandum of law, submitted on behalf of the UFT. I have also sent copies of these documents to you via e-mail for your convenience.

Please feel free to contact me should you have any questions or concerns regarding this matter.

Respectfully submitted,

RICHARD E. CASAGRANDE

By:    *Ariana G. Gambella*
ARIANA A. GAMBELLA (AG 3067)
Of Counsel

AAG/kt
Encs.

c: Precious C. Aneji, Esq.
   Sean Close, Esq. (*via e-mail*)

*52 Broadway, 9th Floor* ■ *New York, N.Y. 10004* ■ *(212) 533-6300*
New York State United Teachers
Affiliated with • AFT • NEA • AFL-CIO

NYC-Legal: 151556