

**Office of General Counsel**
Richard E. Casagrande
*General Counsel*

| Albany | New York |
|---|---|
| **James D. Bilik** | **Claude I. Hersh** |
| *Associate General Counsel* | *Assistant General Counsel* |
| **Robert T. Reilly** | **Richard A. Shane** |
| *Associate General Counsel* | *Associate General Counsel* |

April 2, 2013

*Via Electronic Filing*

The Honorable Carol Bagley Amon, Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **Grant, Sherry vs. United Cerebral Palsy of New York City Inc.
And Local 2, United Federation of Teachers, AFT, AFL-CIO
Civil Action No. 12-CV-2149- CBA-VMS**

Dear Chief Judge Amon:

This office represents defendant United Federation of Teachers ("UFT") in the above-referenced matter.

The UFT has moved to dismiss this matter, in its entirety, pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure.* In accordance with Your Honor's individual motion practices and rules, we enclose the following courtesy copies in connection with the instant motion:

(1) Notice of Motion to Dismiss;
(2) Memorandum of Law in Support of the UFT's Motion to Dismiss;
(3) Certificate of Service of documents (1) and (2) above;
(4) Affirmation of Kathy A. Polias, Esq. In Opposition to Defendant UFT's Motion to Dismiss;
(5) Plaintiff Sherry Grant's Memorandum of Law in Opposition to Defendant UFT's Motion to Dismiss;
(6) Reply Memorandum of Law in Further Support of the UFT's Motion to Dismiss;
(7) Certificate of Service of document (6).

Please feel free to contact me should you have any questions or concerns.

Respectfully submitted,

RICHARD E. CASAGRANDE

By:    __/s/ Ariana A. Donnellan____
ARIANA A. DONNELLAN (AD3067)
Of Counsel

c: Kathy Polias, Esq.    *(via regular mail)*
   Sean Close, Esq.    *(via regular mail)*

*52 Broadway, 9th Floor* ■ *New York, N.Y. 10004* ■ *(212) 533-6300*
New York State United Teachers
Affiliated with • AFT • NEA • AFL-CIO

NYCLegal:155930