UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SHERRY GRANT,

                    Plaintiff,

          -against-

UNITED FEDERATION OF TEACHERS and UNITED
CEREBRAL PALSY OF NEW YORK CITY, INC.,

                Defendants.

------------------------------------------------------------------------x

**NOTICE OF
MOTION TO DISMISS**

**Index No:
12-CV-2149 (CBA) (VMS)**

      **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss of the United Federation of Teachers' Motion to Dismiss, the United Federation of Teachers ("UFT") will move this Court before the Honorable Carol Bagley Amon, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the court, for an Order dismissing Plaintiff's Second Amended Complaint, in its entirety, as against the UFT pursuant to Rules 12(b)(6) of the *Federal Rules of Civil Procedure* for failure to state a claim upon which relief can be granted and for such other and further relief as shall be proper.

**PLEASE TAKE NOTICE,** that pursuant to Rule 12 of the *Federal Rules of Civil Procedure*, in the event that this motion is denied, in whole or in part, the UFT respectfully requests 20 days from docketing of the order denying the motion in which to answer the Second Amended Complaint.

Dated: New York, New York
      January 28, 2013

Respectfully submitted,

RICHARD E. CASAGRANDE
Attorney for UFT
52 Broadway 9th Floor
New York, NY 10004
(212) 533-6300

By:    /s/ Ariana A. Gambella
        ARIANA GAMBELLA
        (AG3067)
        Of Counsel

TO:

Precious C. Aneji, Esq.
767 Franklin Avenue
Brooklyn, New York 11238

Kathy A. Polias
Attorney-at-Law
155 Water Street
Brooklyn, New York 11201

Sean H. Close, Esq.
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175

NYC-Legal: 154522