UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x  Docket No.: 12-CV-2149 (CBA)
SHERRY GRANT,                                                                          (VMS)

                Plaintiff,

        -against-

UNITED FEDERATION OF TEACHERS and UNITED
CEREBRAL PALSY OF NEW YORK CITY, INC.,

                Defendants.
----------------------------------------------------------------x

## AFFIRMATION OF KATHY A. POLIAS, ESQ. IN OPPOSITION TO DEFENDANT UNITED FEDERATION OF TEACHERS' MOTION TO DISMISS

Kathy A. Polias, Esq. affirms under penalty of law:

1. I am the attorney-of-record for Plaintiff Sherry Grant in the above-captioned action. I am duly admitted to practice law in the State of New York and in the U.S. District Court, Eastern District of New York.

2. Annexed hereto as Exhibit 1 is the Civil Docket Sheet for the above-captioned case.

3. Annexed hereto as Exhibit 2 is a letter dated May 24, 2012 from Defendant United Federation of Teachers to Plaintiff Sherry Grant.

Dated: Brooklyn, New York
        March 8, 2013

                                                  /s/ /b/ Kathy A. Polias, Esq.
                                                  Kathy A. Polias (KP-9025)
                                                  Attorney-at-Law
                                                  155 Water Street
                                                  Brooklyn, NY 11201
                                                  Tel. No.: 718-514-2062