# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:12-cv-02149-CBA-VMS

| | |
|---|---|
| Grant v. United Federation of Teachers et al<br>Assigned to: Chief Judge Carol Bagley Amon<br>Referred to: Magistrate Judge Vera M. Scanlon<br>Cause: 29:185 Labor/Mgt. Relations (Contracts) | Date Filed: 05/01/2012<br>Jury Demand: Plaintiff<br>Nature of Suit: 720 Labor: Labor/Mgt. Relations<br>Jurisdiction: Federal Question |

**Plaintiff**

**Sherry Grant**     represented by **Kathy A. Polias**
155 Water Street
Brooklyn, NY 11201
718-514-2062
Fax: 718-989-3835
Email: kathypoliasesq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Precious Chinedum Aneji**
767 Franklin Avenue
Brooklyn, NY 11238
917-376-3018
Email: ceepeelaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Federation of Teachers**     represented by **Ariana Antoinette Donnellan**
NYS United Teachers Office of Gneral Counsel
52 Broadway - 9th Floor
New York, NY 10004
212-533-6300
Fax: 212-995-2347
Email: adonnell@nysutmail.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Cerebral Palsy of New York City, Inc.**     represented by **Sean H. Close**
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
212-682-0020

Fax: 212-682-9380
Email: sclose@putneylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Stefanie Kosovych**
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
212-682-0020
Fax: 212-682-9380
Email: akosovych@putneylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Everett Watts**                      represented by **Sean H. Close**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Adriana Stefanie Kosovych**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Trish Traynor**                      represented by **Sean H. Close**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Adriana Stefanie Kosovych**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2012 | 1 | COMPLAINT against All Defendants Disclosure Statement on Civil Cover Sheet completed -yes,, filed by Sherry Grant. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 05/02/2012) |
| 05/01/2012 |   | FILING FEE: $ 350, receipt number 4653043246 (Bowens, Priscilla) (Entered: 05/02/2012) |
| 05/01/2012 |   | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 05/02/2012) |
| 05/01/2012 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final |

| | | |
|---|---|---|
| | | judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if** the parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.** (Bowens, Priscilla) (Entered: 05/02/2012) |
| 05/15/2012 | 3 | ORDER: An initial conference has been scheduled for September 5, 2012 at 2:00 p.m., before the Hon. Robert M. Levy, United States Magistrate Judge at 225 Cadman Plaza East, Brooklyn, New York. Parties are directed to check-in with chambers, Room 1223-S, upon arrival. All counsel must be present. Plaintiff's counsel is directed to confirm with defendants' counsel that all necessary participants are aware of this conference. Ordered by Magistrate Judge Robert M. Levy on 5/15/2012. (Marino, Janine) (Entered: 05/15/2012) |
| 05/21/2012 | | Case Ineligible for Arbitration (Credle, Rita) (Entered: 05/21/2012) |
| 07/27/2012 | 4 | AMENDED COMPLAINT against All Defendants, filed by Sherry Grant. (Polias, Kathy) (Entered: 07/27/2012) |
| 08/21/2012 | | Magistrate Judge Vera M. Scanlon added. Magistrate Judge Robert M. Levy no longer assigned to case. (Gapinski, Michele) (Entered: 08/21/2012) |
| 08/22/2012 | | ORDER: This case has been transferred from Magistrate Judge Robert M. Levy to Magistrate Judge Vera M. Scanlon for pretrial supervision. The conference scheduled for 9/5/12 before Magistrate Judge Levy is cancelled. Ordered by Magistrate Judge Robert M. Levy on 8/22/2012.(Marino, Janine) (Entered: 08/22/2012) |
| 08/29/2012 | | "This case has been transferred to Magistrate Judge Scanlon. Any conference or appearance scheduled by and before the previously assigned magistrate judge is adjourned sine die. Re-scheduled conference and appearance dates will be set in the near future. All other scheduling dates, including any conferences or appearances before the District Judge or scheduled by Magistrate Judge Scanlon, remain in effect." ( Ordered by Magistrate Judge Vera M. Scanlon on 8/29/2012 ) (Guzzi, Roseann) (Entered: 08/29/2012) |
| 09/12/2012 | 5 | NOTICE of Appearance by Sean H. Close on behalf of Trish Traynor, United Cerebral Palsy of New York City, Inc., Everett Watts (aty to be noticed) (Close, Sean) (Entered: 09/12/2012) |
| 09/12/2012 | 6 | NOTICE of Appearance by Adriana Stefanie Kosovych on behalf of Trish Traynor, United Cerebral Palsy of New York City, Inc., Everett Watts (aty to be noticed) (Kosovych, Adriana) (Entered: 09/12/2012) |
| 09/12/2012 | 7 | STIPULATION *to Extend Time to Answer, Move or Otherwise Respond* by Trish Traynor, United Cerebral Palsy of New York City, Inc., Everett Watts (Kosovych, Adriana) (Entered: 09/12/2012) |
| 09/13/2012 | 8 | NOTICE of Appearance by Ariana Gambella on behalf of United Federation of Teachers (aty to be noticed) (Gambella, Ariana) (Entered: 09/13/2012) |
| 09/13/2012 | 9 | STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND Trish Traynor answer due 10/19/2012; United |

| | | |
|---|---|---|
| | | Cerebral Palsy of New York City, Inc. answer due 10/19/2012; Everett Watts answer due 10/19/2012.. Ordered by Magistrate Judge Vera M. Scanlon on 9/13/2012. (Priftakis, Tina) (Entered: 09/13/2012) |
| 09/17/2012 | 10 | STIPULATION *to extend time to answer* by United Federation of Teachers (Attachments: # 1 Supplement Cover letter) (Gambella, Ariana) (Entered: 09/17/2012) |
| 09/18/2012 | | ORDER TO ANSWER re 10 Stipulation filed by United Federation of Teachers United Federation of Teachers answer due 10/19/2012.. Ordered by Magistrate Judge Vera M. Scanlon on 9/18/2012. (Priftakis, Tina) (Entered: 09/18/2012) |
| 10/16/2012 | 11 | MOTION for pre motion conference by United Federation of Teachers. (Gambella, Ariana) (Entered: 10/16/2012) |
| 10/18/2012 | | SCHEDULING ORDER: Re 11 A Pre Motion Conference will be held on November 13, 2012 at 2:15pm before Chief Judge Amon in Courtroom 10 D. (Liberatore, Marie) (Entered: 10/18/2012) |
| 10/19/2012 | 12 | MOTION for pre motion conference *letter requesting adjournment* by United Federation of Teachers. (Gambella, Ariana) (Entered: 10/19/2012) |
| 10/19/2012 | 13 | Letter MOTION for pre motion conference by Trish Traynor, United Cerebral Palsy of New York City, Inc., Everett Watts. (Close, Sean) (Entered: 10/19/2012) |
| 10/22/2012 | | ORDER: re 12 Defendant UFT request for adjournment of the premotion conference currently set for November 13, 2012. APPLICATION GRANTED. The premotion conference is rescheduled for December 11, 2012. So Ordered by Chief Judge Carol Bagley Amon on 10/22/2012. (Liberatore, Marie) (Entered: 10/22/2012) |
| 10/22/2012 | | ORDER: re 13 Defendants UCP Motion for Pre Motion Conference. APPLICATION GRANTED. The premotion conference will be held on December 11, 2012 at 11:30am. So Ordered by Chief Judge Carol Bagley Amon on 10/22/2012. (Liberatore, Marie) (Entered: 10/22/2012) |
| 10/22/2012 | | NOTICE: Premotion conferences for both Defendant UFT and Defendants UCP will be held on December 11, 2012 at 11:30am in Courtroom 10 D. (Liberatore, Marie) (Entered: 10/22/2012) |
| 10/23/2012 | 14 | RESPONSE to Motion re 11 MOTION for pre motion conference filed by Sherry Grant. (Polias, Kathy) (Entered: 10/23/2012) |
| 10/26/2012 | 15 | RESPONSE to Motion re 13 Letter MOTION for pre motion conference filed by Sherry Grant. (Polias, Kathy) (Entered: 10/26/2012) |
| 11/19/2012 | 16 | Letter by United Federation of Teachers (Gambella, Ariana) (Entered: 11/19/2012) |
| 11/30/2012 | 17 | First MOTION for pre motion conference *for Plaintiff's contemplated motion for leave to further amend the Complaint* by Sherry Grant. (Polias, Kathy) (Entered: 11/30/2012) |

| Date | # | Description |
|---|---|---|
| 12/07/2012 | 18 | REPLY in Opposition re 17 First MOTION for pre motion conference *for Plaintiff's contemplated motion for leave to further amend the Complaint* filed by Trish Traynor, United Cerebral Palsy of New York City, Inc., Everett Watts. (Close, Sean) (Entered: 12/07/2012) |
| 12/11/2012 | 19 | Minute Entry for proceedings held before Chief Judge Carol Bagley Amon: Pre Motion Conference held on 12/11/201. Counsel for parties present. Plaintiff is permitted to amend the complaint. Care should be taken to clearly delineate each claim, each deft on each claim, and the basis for damages claimed. Defts are permitted to move to dismiss the amended complaint. The amended briefing schedule is as follows: Amended complaint by 12/27/12; Motions to dismiss by 1/28/13; Opposition by 2/25/13; Replies: 3/11/13; Oral Argument set for 4/9/2013 at 02:00 PM in Courtroom 10D South before Chief Judge Carol Bagley Amon. (Fernandez, Erica) (Entered: 12/11/2012) |
| 12/27/2012 | 20 | AMENDED COMPLAINT *(Second)* against United Cerebral Palsy of New York City, Inc., United Federation of Teachers, filed by Sherry Grant. (Attachments: # 1 Exhibit UFT-UCP Collective Bargaining Agreement) (Polias, Kathy) (Entered: 12/27/2012) |
| 01/28/2013 | 21 | Letter *regarding motion to dismiss* by United Federation of Teachers (Gambella, Ariana) (Entered: 01/28/2013) |
| 01/28/2013 | 22 | Letter *Regarding Motion to Dismiss* by United Cerebral Palsy of New York City, Inc. (Kosovych, Adriana) (Entered: 01/28/2013) |
| 02/25/2013 | 23 | First MOTION for Extension of Time to File Response/Reply *to Defendants' motions to dismiss* by Sherry Grant. (Polias, Kathy) (Entered: 02/25/2013) |
| 02/26/2013 |  | ORDER: granting 23 Motion for extension of time to serve papers with consent. So Ordered by Chief Judge Carol Bagley Amon on 2/26/2013. (Liberatore, Marie) (Entered: 02/26/2013) |
| 03/04/2013 | 24 | Second MOTION for Extension of Time to File *opposition papers to Defendants' motions to dismiss* by Sherry Grant. (Polias, Kathy) (Entered: 03/04/2013) |
| 03/05/2013 |  | ORDER: re 24 Motion by Plaintiff for an extension until March 8, 2013 to serve opposition papers to Defendants' motion to dismiss and an extension until March 25, 2013 for Defendants to serve their reply papers with consent. APPLICATION GRANTED. So Ordered by Chief Judge Carol Bagley Amon on 3/5/2013. (Liberatore, Marie) (Entered: 03/05/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2013 01:04:20 | | | |
| PACER Login: | kp2536 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 1:12-cv-02149-CBA-VMS |

| Billable Pages: | 4 | Cost: | 0.40 |