*[Certified Mail receipt form affixed, with UFT — United Federation of Teachers letterhead partially visible]*

**CERTIFIED MAIL**

Ms. Sherry Grant
756 Lincoln Place
Brooklyn, NY 11216

May 24, 2012

Dear Sherry:

As per my letter to you dated May 15, 2012, please be advised that your Step Two grievance (dated April 30, 2012) is considered abandoned, and your grievance case has been closed as of May 23, 2012.

Sincerely,

*[signature]*

Ilene Weinerman
UFT Representative

Brooklyn Borough Office: 335 Adams St., Brooklyn, NY 11201, 25th floor   718.852.4900   www.uft.org

Officers: Michael Mulgrew *President*, Michael Mendel *Secretary*, Mel Aaronson *Treasurer*, Robert Astrowsky *Assistant Secretary*, Mona Romain *Assistant Treasurer*
Vice Presidents: Karen Alford, Carmen Alvarez, Leo Casey, Richard Farkas, Catalina Fortino, Sterling Roberson