FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 03 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHERRY GRANT,

        Plaintiff,

- against -

UNITED FEDERATION OF TEACHERS,
UNITED CEREBRAL PALSY OF NEW
YORK CITY, INC.,

        Defendants.

Case No. 12 CV 2149 (CBA)(VMS)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above entitled action be, and the same hereby is, dismissed with prejudice as to all parties and without costs to any party as against any other.

Dated: ~~New York~~ Brooklyn, New York
      October 30, 2014

_/s/ Kathy Polias_
Kathy A. Polias
ATTORNEY AT LAW
68 Jay Street, Suite 201
Brooklyn, New York 11201
(718) 514-2062
*Attorneys for Plaintiff*

Dated: New York, New York
    November ~~October~~ 3, 2014 (WMS)

_/s/ Wendy M. Star_
Richard E. Casagrande
Wendy M. Star, Of Counsel
52 Broadway, 9th Floor
New York, New York 10004
(212) 533-6300
*Attorneys for Defendant UFT*

Dated: New York, New York
    ~~October~~ November 13, 2014 (ASK)

_/s/ Adriana Kosovych_
Sean H. Close
Adriana S. Kosovych
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant UCP*

So Ordered:
s/Carol B. Amon
U.S.D.J.

12/3/14